USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EATON PARTNERS, LLC.

                Petitioner,

-against-

AZIMUTH CAPITAL MANAGEMENT IV, LTD.,
                Respondent.
-----------------------------------------------------------X

18 **CIVIL** 11112 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated October 18, 2019, Azimuth's motion to vacate the arbitration award is DENIED. The Award is CONFIRMED and judgment is entered in the amount of CAD $921,514.57 for damages in accordance with the Partial Final Award and US $263,639.72 in fees and costs in accordance with the Final Award (together, the "Award").

**Dated**: New York, New York
December 2, 2019

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                  **BY:**

                                            **Deputy Clerk**