USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: Jan. 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
EATON PARTNERS, LLC,

                Petitioner,

 -against-

AZIMUTH CAPITAL MANAGEMENT IV, LTD,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:18-cv-11112-ER

# ORDER GRANTING
# RESPONDENT'S MOTION TO FILE UNDER SEAL

Having considered the application of Respondent Azimuth Capital Management IV, Ltd 's Motion to File Under Seal, and good cause appearing therefore, Respondent may file the following document under seal:

- Exhibits A and B to Declaration of Francesco G. Mele in Support of Respondent's Motion to Stay Execution of Judgment Pending Appeal, dated January 2, 2020.

IT IS SO ORDERED.

Dated: January 2, 2020

_Vernon Broderick_
Vernon S. Broderick
United States District Judge Part I