

**Gary S. Klein**
Partner
Direct: 203-252-2696
Fax: 203-325-8608
GKlein@carmodylaw.com

707 Summer Street
Stamford, CT 06901

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: Jan. 24, 2020
```

January 24, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Eaton Partners, LLC v. Azimuth Capital Management IV, LTD.*
Case No. 1:18-cv-11112-ER

Dear Judge Ramos:

Petitioner hereby moves to cancel the conference currently scheduled for January 29, 2020 because, by filing a Stipulation and Order of today's date [ECF. Doc. 87] ("Stipulation"), the parties have resolved all disputes about which the Court scheduled the conference. The original date of this conference was January 22, 2020. Your Honor previously granted one previous request to adjourn this conference to allow the Respondent time to post security. Petitioner requests this cancellation since all disputed issues that the parties were to address at the January 29, 2020 have been resolved by the Stipulation. Respondent consents to this request.

We respectfully request that Your Honor cancel the January 29, 2020 conference and enter the Stipulation as an order of the Court.

Respectfully Submitted,

/s/ Gary S. Klein

Gary S. Klein

GSK
cc: Attorney Vincent Paul Sherman (via court generated ECF)
    Attorney Minyao Wang (via court generated ECF)

The application is   X  granted
                    ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: Jan. 24, 2020
New York, New York 10007

{S7233416}