UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EATON PARTNERS LLC,

          Petitioner,

– against –

AZIMUTH CAPITAL MANAGEMENT IV, LTD.,

          Respondent.

**ORDER**

18 Civ. 11112 (ER)

RAMOS, D.J.:

    On November 28, 2018, Eaton Partners, LLC ("Petitioner") filed a petition to confirm an arbitration award against Azimuth Capital Management IV, Ltd. ("Respondent").  Doc. 1.  The Court confirmed the arbitration award and awarded Petitioner reasonable attorney's fees.  Doc. 49 at 11.  On October 24, 2019, Petitioner moved for attorney's fees and, on November 25, 2019, Respondent opposed.  Docs. 53, 59.  On December 30, 2019, Respondent filed a notice of appeal.  Doc 63.

    On May 6, 2020, the Court granted the parties' request, made via email, that decision on Petitioner's motion for attorney's fees be stayed pending decision on Respondent's appeal and that, following the appeal, Petitioner be allowed to make a supplemental submission in support of its motion for attorney's fees.  On July 21, 2020, the Clerk of the Second Circuit filed an order approving the parties' stipulation to withdraw the appeal.

    Petitioner is therefore directed to file any supplemental submission in support of its motion for attorney's fees by **Friday July 31, 2020** and Respondent is directed to file any response to Petitioner's supplemental submission by **Wednesday August 5, 2020**.

    It is SO ORDERED.

Dated: July 27, 2020
       New York, New York

                                      EDGARDO RAMOS, U.S.D.J.