UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EATON PARTNERS LLC,

                Petitioner,

v.                                    **ORDER**

AZIMUTH CAPITAL MANAGEMENT IV, LTD.,    18 Civ. 11112 (ER)

                Respondent.

RAMOS, D.J.

      On November 28, 2018, Eaton Partners, LLC ("Petitioner") filed a petition to confirm an arbitration award against Azimuth Capital Management IV, Ltd. ("Respondent"). Doc. 1. On October 18, 2019, the Court confirmed the arbitration award and awarded Petitioner attorney's fees. Doc. 49. The Court otherwise assumes the parties' familiarity with the procedural background of this case.

      Pending before the Court is Petitioner's motion for attorney's fees filed October 24, 2019. Doc. 53. Because the parties have informed the Court that they are currently engaged in mediation before the Second Circuit's mediation and settlement program ("CAMP") which may obviate the need for the Court to decide Petitioner's motion, the Court respectfully directs the Clerk of Court to stay this case pending the outcome of the appeal. The parties are further directed to inform the Court of any resolution of this matter within 48 hours.

      It is SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.