UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EATON PARTNERS, LLC.
                            Petitioner,                        18 **CIVIL** 11112 (ER)

            -against-                      **AMENDED JUDGMENT**

AZIMUTH CAPITAL MANAGEMENT IV, LTD.,
                         Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 18, 2019, and the Court's Opinion & Order dated September 23, 2021, Azimuth's motion to vacate the arbitration award is DENIED. The Award is CONFIRMED and judgment is entered in the amount of $921,514.57, in accordance with the final award. Eaton's motion for attorney's fees is GRANTED in part and DENIED in part. The previous judgment, Doc. 60, is amended by adding prejudgment interest in the amount of CAD $83,844.18; Awarding Eaton US $127,031.13 in attorney's fees and costs; accordingly, the case is closed.

**Dated**: New York, New York
         September 24, 2021

                                                               **RUBY J. KRAJICK**

                                                                 Clerk of Court
                                      BY:
                                                                **Deputy Clerk**